**No. 46752.**—Protest 760903–G of R. W. Gresham (Cleveland).

Opinion by CLINE, J. When the case was called for trial the protest was submitted without evidence in support of the claim made. There being nothing in the record to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.